# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

LEON GRAY

Case Number: 2:96-cr-76-FtM-29DNF

USM Number: 19348-018

John Evans, Esq., Retained
Law Office of David Brener, PA
2133 Main Street
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Six, Seven & Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Alleged new criminal conduct occurring while on supervision: Defendant was charged with Trafficking in Cocaine in Lee County Circuit Court, Fort Myers, FL, Docket Number 06-CF-017957 | June 1, 2006 |
| Two | Alleged new criminal conduct occurring while on supervision: Defendant was charged with Trafficking in Cocaine in Lee County Circuit Court, Fort Myers, FL, Docket Number 06-CF-017958 | July 6, 2006 |
| Three | Alleged new criminal conduct occurring while on supervision: Defendant was charged with Trafficking in Cocaine in Lee County Circuit Court, Fort Myers, FL, Docket Number 06-CF-017995 | July 20, 2006 |
| Four | Alleged new criminal conduct occurring while on supervision: Defendant was charged with Possession of a Firearm by a Convicted Felon in Lee County Circuit Court, Fort Myers, FL, Docket Number 06-CF-017995 | July 20, 2006 |
| Five | Possession of a Firearm, ammunition or a destructive device | July 20, 2006 |
| Six | Alleged new criminal conduct occurring while on supervision: Distribution of cocaine, as evidenced by Indictment in the United States District Court, Middle District of Florida, Fort Myers Division, Docket Number 2:07-cr-27-FtM29SPC | June 1, 2006 |
| Seven | Alleged new criminal conduct occurring while on supervision: Distribution of cocaine, as evidenced by Indictment in the United States District Court, Middle District of Florida, Fort Myers Division, Docket Number 2:07-cr-27-FtM29SPC | July 6, 2006 |

| | | |
|---|---|---|
| Eight | Alleged new criminal conduct occurring while on supervision: Possession with intent to distribute 500 grams or more of cocaine, as evidenced by Indictment in the United States District Court, Middle District of Florida, Fort Myers Division, Docket Number 2:07-cr-27-FtM29SPC | July 20, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/29/2007

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

October 30, 2007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **30 Months, to be served concurrently** to the term of imprisonment in 2:07-cr-27-FtM-29SPC.

**The Court recommends to the Bureau of Prisons:**

1. Participation in the 500 Hour Intensive Drug Treatment Program, if and when eligible.
2. Incarceration in a facility close to home (Fort Myers, Florida).

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE

The term of Supervised Release is REVOKED and not reimposed.